# United States District Court

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>MICHAEL R. JONES | CRIMINAL COMPLAINT<br><br>CASE NUMBER: 2:07mj26-WC |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 5, 2007__, in __Montgomery__ county and elsewhere within the __Middle__ District of __Alabama__ defendant(s) did, (Track Statutory Language of Offense)

**FELON IN POSSESSION OF FIREARM,**

in violation of Title __18__ United States Code, Section(s) __922(g)(1)__ I further state that I am a(n) __Special Agent, Bureau of Alcohol, Tobacco, Firearms,__ and that this complaint is based on the following facts:
Official Title

SEE THE ATTACHED AFFIDAVIT WHICH IS INCORPORATED BY REFERENCE

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

March 6, 2007                                           at   Montgomery, Alabama
Date                                                         City and State

Wallace Capel, Jr., United States. Magistrate Judge          _____
Name and Title of Judicial Officer                            Signature of Judicial Officer

**AFFIDAVIT**

I, the undersigned affiant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. My name is Timothy C. Fitzpatrick. I am a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF). I am presently assigned to the Montgomery, Alabama Field Office. The Montgomery Field Office is one of several ATF offices supervised by the Nashville Field Division, which encompasses Alabama and Tennessee. The Montgomery Field Office's area of operation is the Middle Federal Judicial District of Alabama.

In 1992, I graduated from the New Orleans Police Department Academy and served as a police officer until 1997. During my tenure with the New Orleans Police Department I served as an investigator for approximately three years. In 1997, I graduated from the Louisiana State Police Academy and served as a State Trooper until 2004. During my tenure with Louisiana State Police I served as a narcotics investigator for approximately four years. In 2001, I received a Bachelor of Criminal Justice Degree from Loyola University in New Orleans. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program and a graduate of the ATF National Academy. I have been a Special Agent with ATF since August 2004.

On January 10, 2007, I was notified by agents with the State of Alabama Board of Pardons and Parole (ABPP) of an incident that had occurred at their office on Friday, January 5, 2007 involving Michael R. JONES. JONES was on probation after being convicted in Montgomery County Circuit Court for the felony charge of Possession of

Marijuana 1[st.]

JONES was also previously convicted in Montgomery County Circuit Court for the felony charge of Assault II.

On January 5, 2007, at approximately 9:30 am, Officer Raul Gallardo of Alabama Board of Pardons and Parole observed a champagne colored 2003 GMC Yukon XL traveling at an unsafe speed as it pulled in to the front parking area of the Alabama Board of Probation and Parole Office located at 350 Adams Street, Montgomery, AL 36104. The weather conditions at the time were poor including rain fall and minimum visibility.

Officer Gallardo made contact with the driver, identified as JONES, as JONES entered the lobby of the office. Officer Gallardo advised JONES to be more cautious when driving and to slow down. JONES immediately became loud and confrontational with Officer Gallardo, questioning what Officer Gallardo saw. Officer Gallardo asked JONES to calm down, to no avail.

Ms. Tracey Jones was working the front desk in the lobby and after observing the confrontation between JONES and Officer Gallardo, she requested assistance for Officer Gallardo via the public address system.

Other officers arrived in the lobby and assisted Officer Gallardo. The officers detained an agitated JONES and moved him into a hallway to prevent the incident from escalating in the lobby with other offenders present. JONES was then brought to Officer Quenetta Toles'(ABPP) office.

While in Officer Toles' office, JONES was searched by Officer Marcus Simmons (ABPP) per his Order of Probation. JONES was found to be in possession of a set of

keys containing two Taurus brand handgun keys. Officer Toles then ordered a search of JONES' vehicle.

Several officers proceeded to conduct a search of JONES' 2003 GMC Yukon XL bearing Alabama license plate number "JEEZY". During the search, officers recovered a red velvet bag containing a small amount of plant material believed to be marijuana, one bundle of various sized unused plastic baggies, one Taurus gun case containing one Taurus ten round magazine which contained several rounds of ammunition and several loose rounds of ammunition in the case, one box of Independence .40 caliber ammunition containing 21 rounds, one Taurus PT 140 Pro .40 caliber handgun bearing serial number SZF47100 and one plastic "Lock & Lock" container with two individually wrapped plastic baggies containing plant material and a loose amount of plant material believed to be marijuana.

Based on the items recovered from JONES' vehicle, the officers went to JONES' residence located at 515 Placid Drive, Montgomery, AL 36117 to conduct a search. During a search of JONES' residence, officers located one Yugoslavia, model MDL59/66, 7.62x39 caliber rifle bearing serial number H-239652, $9,500.00 in United States currency, one glass cigar tube containing a small amount of plant material believed to be marijuana, one box of Independence .38 caliber ammunition containing 39 rounds, one black nylon Uncle Mike's holster, two American Weigh electronic scales, one "Lock & Lock" plastic container, two boxes of plastic sandwich baggies and miscellaneous sandwich bags.

JONES was subsequently arrested and transported to the Montgomery County Correctional Facility.

On March 6, 2007, Special Agent Fitzpatrick spoke telephonically with Special Agent Theron Jackson (ATF). Based on Special Agent Jackson's research, knowledge and experience as interstate nexus specialist for the Montgomery, AL Field Office, it is his belief that the aforementioned firearms were not manufactured in Alabama. Therefore, the firearms recovered in Montgomery, Alabama have traveled in or affected interstate commerce.

On March 6, 2007, Special Agent Fitzpatrick met with Identification Officer Ronald McCoy of the Montgomery County Sheriff's Office. Officer McCoy examined three fingerprint cards imprinted by JONES. One Montgomery County Sheriff's Office fingerprint card for JONES, Date of Arrest: 03-01-94, Charge: Assault II, One Montgomery County Sheriff's Office fingerprint card for JONES, Date of Arrest: 12-29-2000, Charge: Unlawful Possession of Marijuana I, and One Montgomery County Sheriff's Office fingerprint card for JONES, Date of Arrest: 01-05-07, Charge: Probation Violation. Officer McCoy compared the three aforementioned fingerprint cards and determined that they were imprinted by the same individual.

Given the statements of officers with the Alabama Board of Pardons and Parole, Special Agent Jackson's interstate nexus analysis which verified the firearms have traveled in or affected interstate commerce, I believe that probable cause exists that JONES activities constitute a violation of Title 18, United States Code, Chapter 44 Sections 922(g)(1). In light of the foregoing, I respectfully request that an arrest warrant be issued for Michael R. JONES.

Timothy Q. Fitzpatrick
Special Agent, ATF

Approved by Assistant U.S. Attorney _____

Sworn to and subscribed by me this __6__ day of _March_, 2007

_____
U.S. MAGISTRATE/DISTRICT JUDGE