| COURTROOM DEPUTY MINUTES | DATE: MARCH 9, 2007 |
|---|---|
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 3:59 p.m. to :4:04 p.m. |

√ **INITIAL APPEARANCE**
☐ **DETENTION HEARING**
☐ **REMOVAL HEARING (Rule 5)**
☐ **ARRAIGNMENT**
☐ **ARRAIGNMENT on SUPERSEDING INDICTMENT**
☐ **PRELIMINARY EXAMINATION**

| PRESIDING MAG. JUDGE **CHARLES S. COODY** | DEPUTY CLERK: **WANDA STINSON** |
|---|---|
| CASE NO. **2:07-MJ-26-WC** | DEFT. NAME: **MICHEAL JONES** |
| USA: **ANDREW SCHIFF** | ATTY: **MICHAEL PETERSEN** |
| | Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (√) CDO; |
| USPTSO/USPO: **SANDRA WOODS** | **STAND-IN ONLY FOR SUSAN JAMES** |

Defendant _____ does ____ does NOT need an interpreter; NAME:_____

√ Kars.         Date of Arrest __3/9/07__   or   ☐ Rule 5 Arrest
√ kia.          Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
☐ Finaff.       Financial Affidavit executed  ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
☐ koappted      **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
☐ 20appt.       Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
☐               Deft. Advises he will retain counsel.  Has retained _____
☐               Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written
                motion;  √ Government's **WRITTEN** Motion for Detention Hrg. filed.
                **DETENTION HRG** ☐ held; ☐ Set for_____ ; ☐ **Prelim. Hrg** Set for_____
☐ kotempdtn.    **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.        **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.    Release order entered.  ☐ Deft. advised of conditions of release.
☐ kbnd.           ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR).
                  ☐ **BOND EXECUTED** (R.5 charges) - deft to report to originating district as ordered
√ Loc.(LC)      Bond **NOT** executed.  Deft to remain in Marshal's custody
☐ ko.           Deft. **ORDERED REMOVED** to originating district
☐ krmvhrg.      Identity/Removal Hearing  ☐ set for _____;  ☐ **WAIVER** of Rule 5 & 5.1 Hearings
☐ kwvprl.       Waiver of  Preliminary hearing;
☐               Court finds **PROBABLE CAUSE**. Defendant bound over to the Grand Jury.
☐ Karr.         **ARRAIGNMENT** SET FOR:_____  ☐ **HELD**.  Plea of **NOT GUILTY** entered.
                ☐ Trial Term _____    ☐ **PRETRIAL CONFERENCE DATE:** _____
                ☐ **DISCOVERY DISCLOSURES DATE:** _____