IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. CR-07mj26-WC |
| ) | |
| MICHAEL R. JONES ) | |

## ORDER

Based upon the Government's Motion for Detention Hearing (Doc. #3), filed on March 9, 2007, it is hereby

ORDERED that the defendant shall appear for a detention hearing on March 14, 2007 at 1:30 p.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama before the undersigned Magistrate Judge. It is further

ORDERED that the parties having custody of the defendant shall produce him for the hearing.

DONE this 12th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE