IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA                )
                                        )
        v.                              )        2:06-mj-26-WC
                                        )
MICHAEL R. JONES                        )

# ORDER

On 14 March 2007, pursuant to Fed. R. Crim. P. 5.1, the court held a preliminary and a detention hearing in this case.  Based on the evidence presented at the hearing, the court finds that there is probable cause to believe that an offense has been committed and that the defendant committed the offense.    Accordingly, it is

ORDERED that the defendant be bound over to the grand jury for further action.

IT IS FURTHER ORDERED for the reasons stated on the record, that the defendant shall remain in the custody of the U.S. Marshal.

Done this 15th day of March, 2007.

/s/ WALLACE CAPEL, JR.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE