IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | * |
| PLAINTIFF, | * |
| v. | * CASE NO. 2:07MJ26WC |
| MICHAEL JONES, | * |
| DEFENDANT. | * |

**MOTION FOR APPOINTMENT OF COUNSEL**

Comes now the undersigned counsel and attorney for Michael Jones and files this motion pursuant to 18 U.S. Code §3006 for appointment of counsel and in support thereof states the following:

1. The undersigned was retained to represent Jones in State Court. During the pendency of that litigation he was indicted by the federal government and is now in federal custody.

2. The undersigned was retained by a friend of Jones.

3. The funds that counsel was paid are now depleted as a result of the State Court representation.

4. Jones presently has an active motion to suppress and other matters that will require counsel's time and attention.

5. Jones is presently unable to pay additional legal fees.

6. Wherefore the undersigned respectfully requests that this Court consider appointing counsel to represent Jones on the federal case.

7. The undersigned has spoken with Christine Freeman, Federal Public Defender, regarding this matter and she has no objection given that counsel was already familiar with Jones' state court case and the two are inextricably intertwined.

Respectfully submitted,

s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Andrew Schieff
Assistant United States Attorney
P.O. Box 197
Montgomery, Alabama, 36101

Respectfully submitted,
s/Susan G. James
SUSAN G. JAMES
Attorney at Law
600 South McDonough Street
Montgomery, Alabama 36104
Phone: (334) 269-3330
Fax: (334) 834-0353
E-mail: sgjamesandassoc@aol.com
Bar No: JAM012