**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 20, 2007

# NOTICE OF DEFICIENCY

| | |
|---|---|
| To: | Susan Graham James |
| From: | Clerk's Office |
| Case Style: | USA vs. Michael R. Jones |
| Case Number: | 2:07mj26-WC |
| Referenced Pleading: | Document #12<br>Motion to Appoint Counsel |

**The above referenced pleading filed by electronic means on June 20, 2007 was filed in the wrong case. Pursuant to the indictment filed in Case No. 2:07cr72-MEF on April 4, 2007 as to Michael R. Jones, the Magistrate Judge case was terminated. Therefore, the Motion to Appoint Counsel filed in case number 2:07mj26-WC will be terminated. The motion should be filed in 2:07cr72-MEF.**

.